IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEDFORD DIVISION

JOHN DOE, and JOHN DOE 2,

        Plaintiffs,

   v.

COUNTY OF JOSEPHINE,

        Defendant.

Case No. 1:12-cv-02080-CL

ORDER

CLARKE, Magistrate Judge.

The court has reviewed *in camera* the confidential documents submitted by the Oregon State Police in this matter. The court now ORDERS the documents released to the parties subject to the terms and conditions of the Stipulated Protective Order (#19). Plaintiffs shall transmit a copy of this Order and the Stipulated Protective Order to the Oregon State Police.

IT IS SO ORDERED.

DATED this 8 day of MARCH, 2013.

_____

MARK D. CLARKE

United States Magistrate Judge

Page 1 – ORDER