IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

JOHN DOES 1-4,

        Plaintiffs,

    v.

COUNTY OF JOSEPHINE,

        Defendants.

Civ. No. 1:12-cv-02080-CL

ORDER

CLARKE, Magistrate Judge.

    Defendant has submitted for *in camera* review a CD containing John Doe 2's probation file. This file contains John Doe 2's juvenile records, along with names of other juvenile victims, and is protected under the parties' stipulated protective order (#62). Defendant does not object to the file being produced to Plaintiff's counsel; however, Defendant cannot produce the records to Plaintiff's counsel unless ordered by a court. The court thus orders production of John Doe 2's probation file to Plaintiff's counsel.

## ORDER

The court orders production of John Doe 2's probation file to Plaintiff's counsel. Plaintiff may pick up the file at the Clerk's office.

DATED this ___7___ day of October, 2013.

MARK D. CLARKE
United States Magistrate Judge