IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

JOHN DOES 1, 2, 3 and 4,

             Plaintiffs,

   v.

JOSEPHINE COUNTY,

             Defendant.

Case No. 1:12-CV-2080-CL;
consolidated with:
Case No. 1:13-cv-00825-CL;
Case No. 1:13-cv-00724-CL

**ORDER**

CLARKE, Magistrate Judge.

    The parties contacted the court for guidance regarding disclosure of plaintiffs' true names during investigation and depositions. The court ordered that counsel may use plaintiffs' true names in investigation and depositions with the following limitations: (1) all parties contacted during investigation and or in deposition to whom plaintiffs' true names are revealed must first be instructed regarding the Protective Order preventing public disclosure of plaintiffs' true names; (2) all deposition transcripts or statements of witnesses filed with the court shall be submitted with plaintiffs' true names redacted, or filed under seal. The purpose of these precautions is to prevent public disclosure of plaintiffs' true names while ensuring a fair opportunity for counsel to conduct discovery.

    DATED this _____ day of January, 2014.

                                                       MARK D. CLARKE
                                                       United States Magistrate Judge