IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| JOHN DOES 1, 2, 3 and 4, | Case No. 1:12-CV-2080-CL; consolidated with: Case No. 1:13-cv-00825-CL; Case No. 1:13-cv-00724-CL |
| Plaintiffs,<br>v. | |
| JOSEPHINE COUNTY, | **ORDER** |
| Defendant. | |

CLARKE, Magistrate Judge.

The Court has reviewed in camera the documents submitted by the Josephine County Courts as per the Order (#96) granting Plaintiff's Motion to Compel. Having verified that the documents pertain to the Plaintiffs in this case, the Court hereby orders that the documents be remanded to Plaintiff's counsel, Mr. Petersen. Mr. Petersen may retrieve the documents from the Clerk's Office.

DATED this 10 day of March, 2014.

MARK D. CLARKE
United States Magistrate Judge

Page 1 – ORDER